UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| In Re: | ) | BK No.: 15-40836 |
|---|---|---|
| MANDY BOWMAN | ) | |
|  | ) | Chapter: 13 |
|  | ) | Honorable Timothy Barnes |
|  | ) | |
|  | ) | |
| Debtor(s) | ) | |

## ORDER MODIFYING CHAPTER 13 PLAN

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notice having been given:

It is hereby ORDERED that:

The Chapter 13 plan is modified to allow the Debtor to retain $4,035.00 of her 2016 tax refund.

Enter:

*/s/ Carol A. Doyle*

Honorable Carol A. Doyle

United States Bankruptcy Judge

Dated: May 18, 2017

**Prepared by:**

Benjamin D. Rios
ARDC #6317063
David M. Siegel & Associates
790 Chaddick Dr.
Wheeling, IL 60090